IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT L. ANDERSON,

                Plaintiff,

    v.

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

ORDER

20-cv-535-wmc

---

Pursuant to a stipulation for remand (dkt. #19) filed by the parties on January 5, 2021, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 5th day of January, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge